## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDELL HUNTE, ET AL., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO. 3:05CV1017 (JBA) |
| | : | |
| KERWIN ANDERS, Individually and | : | |
| In his official capacity as a Police | : | |
| Officer, ET AL., | : | |
| | : | |
| Defendants. | : | MAY 1, 2009 |

### PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE AS TO PLAINTIFF ROOSEVELT HUNTE ONLY

The undersigned respectfully move the court for permission to withdraw the appearance of James V. Sabatini and Vincent F. Sabatini for the plaintiff Roosevelt Hunte only due to the fact that the attorney-client relationship has broken down and the break down is irreconcilable.

PLAINTIFFS,

By     /s/ James V. Sabatini
James V. Sabatini, Esquire   CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839 Fax No.: (860) 667-0867 Juris No.: 52654 e-mail: sa@sabatinilaw.com

By     /s/ Vincent F. Sabatini
Vincent F. Sabatini CT 06211
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111

**ELECTRONIC CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2009 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. The motion was mailed by certified mail and first class mail to:

Mr. Roosevelt Hunte
107 Palmer Bridge Street
Apartment 9
Torrington, CT 06790


                                                                               /s/ James V. Sabatini
                                                                              James V. Sabatini